IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC.; STERLING FOREST TOWNHOUSE ASSOCIATION, INC.; KENSINGTON WOODS TOWNHOUSE ASSOCIATION, INC.; OAK KNOLL PROPERTY OWNERS ASSOCIATION, INC.; STONECASTLE PROPERTY OWNERS ASSOCIATION, INC.; LAUREL RIDGE TOWNHOUSES PROPERTY OWNERS ASSOCIATION, INC.; and WELLINGTON PLACE CONDOMINIUM PROPERTY OWNERS ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VP TRANSFERS, LLC; VACATION WISHES, LLC; RESORT PROPERTY HOLDINGS, LLC; ROGER KARES; and DANA L. BOUCHER, <br><br> Defendants. | No. 3:12-cv-1327 <br><br> Chief Judge Haynes |

**O R D E R**

In accordance with the Memorandum filed herewith, Plaintiffs' motion for summary judgment (Docket Entry No. 22) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court