UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., et al | ) | |
| | ) | |
| v. | ) | NO. 3:12cv1327 |
| | ) | CHIEF JUDGE HAYNES |
| VP TRANSFERS, LLC, et al | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/10/2013.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk